UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. ) ) 4:25CR145-JAR/SPM |
| ENGEL DIAZ-ARAUZ, | ) ) |
| Defendant. | ) |

FILED
MAR 2 6 2025
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

## INDICTMENT

### COUNT I

The Grand Jury charges that:

On or about March 18, 2025, in the Eastern District of Missouri, the defendant,

**ENGEL DIAZ-ARAUZ,**

an alien, was found in the United States after having been removed therefrom to Nicaragua, without having obtained the express consent of the Attorney General of the United States or the Secretary of Homeland Security to reapply for admission to the United States.

In violation of Title 8, United States Code, Section 1326(a).

A TRUE BILL

_____
FOREPERSON

SAYLER A. FLEMING
United States Attorney

_____
Nathan L. Chapman, #60978MO
Assistant United States Attorney